IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Julie Castell, | : | CASE NO.: 21cv-42 |
| | : | JUDGE MORRISON |
| *Plaintiff,* | : | MAGISTRATE PRESTON DEAVERS |
| v. | : | |
| Commissioner of Social Security, | : | |
| *Defendant.* | | |

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Preston Deavers on January 8, 2021. (ECF No. 3). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DENIES** Ms. Castell's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1.)

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**